UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FILED
July 20, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>        Plaintiff,               )<br>v.                               )<br>                                 )<br>BRANDON ANTHONY MAYA,            )<br>                                 )<br>        Defendant.               ) | CASE NUMBER: 2:10-mj-00213-KJN<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release BRANDON ANTHONY MAYA; Case 2:10-mj-00213-KJN from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    __  Bail Posted in the Sum of _____

    _X_ Unsecured Appearance Bond in the amount of $75,000.00 to be co-signed by Mr. Maya (defendant's father)

    __  Appearance Bond with 10% Deposit

    __  Appearance Bond secured by Real Property

    __  Corporate Surety Bail Bond

    _X_ (Other) Defendant to reside with his parents in Penn Valley, California; Pretrial Supervision/Conditions.

Issued at  Sacramento, CA  on  7/20/10  at  3:30 PM .

By  /s/ Kendall J. Newman
Kendall J. Newman
United States Magistrate Judge