MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant
John L. Gross III

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>JOHN L. GROSS III, et al.,<br><br>            Defendants. | Case No.: 2:10-CR-304 FCD<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERNCE |

Defendant John L. Gross, III, by and through his attorney, Michael Chastaine, John Gross, Jr. by and through his attorney Michael Petrick, Ken Gross by and through his attorney Olaf Hedberg, Salvador Reyes by and through his attorney Dina Santos, Brandon Maya by and through his attorney Carl Larson, Mathew Maya by and through his attorney Michael Hanson, Travis Hronis by and through her attorney Dave Fisher, Jack Lyons by and through his attorney Bob Holley, and the United States, by and through Assistant United States Attorney Michael Beckwith, hereby stipulate and agree to continue the status hearing in the above-captioned case from Monday, September 13, 2010 at 10:00 a.m. to Monday, November 1, 2010 at 10:00 a.m. It is further stipulated that the above referenced time period should be excluded from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rules T2 and T4. The continuance is requested to review the large amount of discovery that has been provided and additional discovery that is expected to be provided.

Dated: September  9, 2010                    The CHASTAINE LAW OFFICE

                                             By: ____/s/ Michael Chastaine
                                                    MICHAEL CHASTAINE

1

|   |   |
|---|---|
| 1 | Attorney for John L. Gross, III |
| 2 | |
| 3 | Dated: September 9, 2010 |

By: ____/s/ Dina Santos
       DINA SANTOS
       Attorney for Salvador Reyes

Dated: September 9, 2010                OFFICE OF THE FEDERAL DEFENDER

By: ____/s/ Michael Petrick
       MICHAEL PETRICK
       Attorney for John Gross, Jr.

Dated: September 9, 2010

By: ____/s/ Olaf Hedberg
       OLAF HEDBERG
       Attorney for Ken Gross

Dated: September 9, 2010

By: ____/s/ Carl Larson
       CARL LARSON
       Attorney for Brandon Maya

Dated: September 9, 2010

By: ____/s/ Michael Hanson
       MICHAEL HANSON
       Attorney for Mathew Maya

Dated: September 9, 2010

By: ____/s/ Dave Fisher
       DAVE FISHER
       Attorney for Travis Hronis

Dated: September 9, 2010

By: ____/s/ Bob Holly
       BOB HOLLY
       Attorney for Jack Lyons

Dated: September 9, 2010                BENJAMIN B. WAGNER
                                        United States Attorney

By: ___/s/ Michael Beckwith
     MICHAEL BECKWITH
     Assistant U.S. Attorney

ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Monday, September 13, 2010 at 10:00 a.m. be continued to Monday, November 1, 2010 at 10:00 a.m. and that the period from September 13, 2010 to November 1, 2010 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated: September 10, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE