Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.438.7721

Attorney for Defendant
MATTHEW MAYA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     vs.<br><br>MATTHEW MAYA,<br><br>                    Defendants. | No. 2:10-CR-0304 FCD<br><br>**STIPULATION AND ORDER TO MODIFY PRETRIAL CONDITIONS** |

    IT IS HEREBY STIPULATED by and between co-defendants Matthew Maya and Brandon Maya, through their respective counsel, Michael Hansen and Carl Larson, respectively, and Michael Beckwith, Assistant United States Attorney, attorney for plaintiff, that a modification of the pretrial conditions prohibiting contact between co-defendants during the pendency of the case, be made to allow these co-defendant brothers to be together on November 25, 2010, at a family friend's house located in Rough and Ready, California, and also on December 24. 2010, at their aunt and uncle's home in Smartville, California.

    Magistrate Judge Newman previously ordered them not to have any contact during the pendency of the case.  All counsel agree and stipulate to this exception.

    Pretrial Services has no objections to this request.  All other pretrial conditions will remain in effect.

/ / / / /

/ / / / /

1

**Stipulation and [Proposed] Order to Modify Pretrial Conditions**

| | | |
|---|---|---|
| Dated: November 19, 2010 | | Respectfully submitted, |
| | | /s/ Michael E. Hansen<br>MICHAEL E. HANSEN<br>Attorney for Defendant Matthew Maya |
| Dated: November 19, 2010 | | /s/ Carl Larson<br>CARL LARSON<br>Attorney for Defendant Brandon Maya |
| Dated: November 19, 2010 | | U.S. ATTORNEY'S OFFICE |
| | | By: /s/ Michael Beckwith<br>MICHAEL BECKWITH<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

## **ORDER**

IT IS HEREBY ORDERED that the pretrial conditions, as described above, be modified to allow co-defendants Matthew Maya and Brandon Maya contact on November 25, 2010, and December 24, 2010. All other pretrial conditions remain in effect.

Dated: November 22, 2010            /s/ Gregory G. Hollows
                                    _____
                                    GREGORY G. HOLLOWS
                                    United States Magistrate Judge

**Stipulation and [Proposed] Order to Modify Pretrial Conditions**