MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant
John L. Gross III

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JOHN L. GROSS III, et al.,<br><br>          Defendants. | Case No.: 2:10-CR-304 FCD<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERNCE |

Defendant John L. Gross, III, by and through his attorney, Michael Chastaine, John Gross, Jr. by and through his attorney Michael Petrick, Ken Gross by and through his attorney Olaf Hedberg, Salvador Reyes by and through his attorney Dina Santos, Brandon Maya by and through his attorney Carl Larson, Mathew Maya by and through his attorney Michael Hanson, Travis Hronis by and through her attorney Dave Fisher, Jack Lyons by and through his attorney Bob Holley, and the United States, by and through Assistant United States Attorney Michael Beckwith, hereby stipulate and agree to continue the status hearing in the above-captioned case from Monday, January 10, 2011 at 10:00 a.m. to Monday, February 28, 2011 at 10:00 a.m.  It is further stipulated that the above referenced time period should be excluded from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rules T2 and T4. The continuance is requested to review the large amount of new discovery that has been provided.

Dated: January 4, 2011					The CHASTAINE LAW OFFICE

							By: _____/s/ Michael Chastaine
								MICHAEL CHASTAINE
								Attorney for John L. Gross, III

Dated: January 4, 2011

							By: _____/s/ Dina Santos
								DINA SANTOS
								Attorney for Salvador Reyes

Dated: January 4, 2011					OFFICE OF THE FEDERAL DEFENDER

							By: _____/s/ Michael Petrick
								MICHAEL PETRICK
								Attorney for John  Gross, Jr.

Dated: January 4, 2011

							By: _____/s/ Olaf Hedberg
								OLAF HEDBERG
								Attorney for Ken Gross

Dated: January 4, 2011

							By: _____/s/ Carl Larson
								CARL LARSON
								Attorney for Brandon Maya

Dated: January 4, 2011

							By: _____/s/ Michael Hanson
								MICHAEL HANSON
								Attorney for Mathew Maya

Dated: January 4, 2011

							By: _____/s/ Dave Fisher
								DAVE FISHER
								Attorney for Travis Hronis

Dated: January 4, 2011

							By: _____/s/ Bob Holly
								BOB HOLLY
								Attorney for Jack Lyons

Dated: January 4, 2011                    BENJAMIN B. WAGNER
                                          United States Attorney

                                          By:    /s/ Michael Beckwith
                                                 MICHAEL BECKWITH
                                                 Assistant U.S. Attorney

ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Monday, January 10, 2011 at 10:00 a.m. be continued to Monday, February 28, 2011 at 10:00 a.m. and that the period from January 10, 2011 to February 28, 2011 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated: January 5, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE