1  Michael E. Hansen
   Attorney at Law, SBN 191737
2  711 Ninth Street, Suite 100
   Sacramento, CA  95814
3  916.438.7711 FAX 916.864.1359

4  Attorney for Defendant
   MATTHEW MAYA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:10-CR-0304 FCD |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| vs. | |
| JOHN LESTER GROSS II, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michael Beckwith, Assistant United States Attorney, attorney for plaintiff; Michael E. Hansen, attorney for defendant Matthew Maya; Michael Petrik, Jr., Assistant Federal Defender, attorney for defendant John Gross, Jr.; Michael Chastaine, attorney for defendant John Gross III; Olaf Hedberg, attorney for defendant Kenneth Gross; David Fischer, attorney for defendant Travis Hronis; Dina Santos, attorney for defendant Salvador Reyes-Saravia; Carl Larson, attorney for defendant Brandon Maya; and Robert Holley, attorney for defendant Jack Lyons, that the previously-scheduled status conference date of February 28, 2011, be vacated and the matter set for status conference on May 2, 2011, at 10:00 a.m.

This continuance is requested to allow counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

Accordingly, counsel and the defendants agree that time under the Speedy Trial Act from the date this stipulation is lodged, through May 2, 2011, should be excluded in computing

1

**Stipulation and Order to Continue Status Conference**

time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Codes T2 [complex case] and T4 [reasonable time for defense counsel to prepare].

Dated: February 25, 2011               Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
MATTHEW MAYA

Dated: February 25, 2011               FEDERAL DEFENDER'S OFFICE

By: /s/ Michael E. Hansen for
MICHAEL PETRIK, JR.
Assistant Federal Defender
Attorney for Defendant
JOHN GROSS, JR.

Dated: February 25, 2011               THE CHASTAINE LAW OFFICE

By: /s/ Michael E. Hansen for
MICHAEL CHASTAINE
Attorney for Defendant JOHN GROSS III

Dated: February 25, 2011               /s/ Michael E. Hansen for
OLAF HEDBERG
Attorney for Defendant
KENNETH GROSS

Dated: February 25, 2011               /s/ Michael E. Hansen for
DAVID FISCHER
Attorney for Defendant TRAVIS HRONIS

Dated: February 25, 2011               /s/ Michael E. Hansen for
DINA SANTOS
Attorney for Defendant
SALVADOR REYES-SARAVIA

Dated: February 25, 2011               /s/ Michael E. Hansen for
CARL LARSON
Attorney for Defendant
BRANDON MAYA

Dated: February 25, 2011               /s/ Michael E. Hansen for
ROBERT HOLLEY
Attorney for Defendant JACK LYONS

Dated: February 25, 2011               U.S. ATTORNEY'S OFFICE

By: /s/ Michael E. Hansen for
MICHAEL BECKWITH
Assistant U.S. Attorney
Attorney for Plaintiff

**Stipulation and Order to Continue Status Conference**

## ORDER

IT IS HEREBY ORDERED that the previously-scheduled status conference date of February 28, 2011, be vacated and the matter set for status conference on May 2, 2011, at 10:00 a.m.. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Codes T2 and T4.

Dated: February 25, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Stipulation and Order to Continue Status Conference