Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA 95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
MATTHEW MAYA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>JOHN LESTER GROSS, JR., et al.,<br><br>                    Defendants. | No. 2:10-CR-0304 FCD<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michael Beckwith, Assistant United States Attorney, attorney for plaintiff; Michael E. Hansen, attorney for defendant Matthew Maya; Michael Chastaine, attorney for defendant John Gross III; Olaf Hedberg, attorney for defendant Kenneth Gross; Robert Holley, attorney for defendant Jack Lyons; Dina Santos, attorney for defendant Salvador Reyes-Saravia; Carl Larson, attorney for defendant Brandon Maya; and David Fischer, attorney for defendant Travis Hronis, that the previously-scheduled status conference date of May 2, 2011, be vacated and the matter set for status conference on June 20, 2011, at 10:00 a.m.

This continuance is requested to allow counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

Accordingly, counsel and the defendants agree that time under the Speedy Trial Act from the date this stipulation is lodged, through June 20, 2011, should be excluded in computing time within which trial must commence under the Speedy Trial Act, pursuant to

1

**Stipulation and Order to Continue Status Conference**

1  Title 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Codes T2 [complex case] and T4
2  [reasonable time for defense counsel to prepare].

3  Dated: April 28, 2011                                   Respectfully submitted,

4                                                          /s/ Michael E. Hansen
                                                           MICHAEL E. HANSEN
5                                                          Attorney for Defendant
                                                           MATTHEW MAYA
6
7  Dated: April 28, 2011                                   THE CHASTAINE LAW OFFICE

8                                                          By:  /s/ Michael E. Hansen for
                                                           MICHAEL CHASTAINE
                                                           Attorney for Defendant JOHN GROSS III
9
   Dated: April 28, 2011                                   /s/ Michael E. Hansen for
10                                                         OLAF HEDBERG
                                                           Attorney for Defendant
11                                                         KENNETH GROSS

12 Dated: April 28, 2011                                   /s/ Michael E. Hansen for
                                                           ROBERT HOLLEY
13                                                         Attorney for Defendant JACK LYONS

14 Dated: April 28, 2011                                   /s/ Michael E. Hansen for
                                                           DINA SANTOS
15                                                         Attorney for Defendant
                                                           SALVADOR REYES-SARAVIA
16
   Dated: April 28, 2011                                   /s/ Michael E. Hansen for
17                                                         CARL LARSON
                                                           Attorney for Defendant
18                                                         BRANDON MAYA

19 Dated: April 28, 2011                                   /s/ Michael E. Hansen for
                                                           DAVID FISCHER
20                                                         Attorney for Defendant TRAVIS HRONIS

21 Dated: April 28, 2011                                   U.S. ATTORNEY'S OFFICE

22                                                         By:  /s/ Michael E. Hansen for
                                                           MICHAEL BECKWITH
23                                                         Assistant U.S. Attorney
                                                           Attorney for Plaintiff
24
25
26 / / /
27 / / /
28 / / /

2

**Stipulation and Order to Continue Status Conference**

**ORDER**

IT IS HEREBY ORDERED that the previously-scheduled status conference date of May 2, 2011, be vacated and the matter set for status conference on June 20, 2011, at 10:00 a.m. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Codes T2 and T4.

Dated:  April 28, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Stipulation and Order to Continue Status Conference