CARL E. LARSON, Bar #48162
Attorney at Law
9490 Golden Gate Avenue
Orangevale, CA 95662
Telephone: (916) 989-9226

Attorney for Defendant
BRANDON MAYA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Cr.S. 10-304-FCD |
| ) | |
| Plaintiff,  ) | |
| ) | **STIPULATION AND ORDER TO** |
| v.  ) | **REMOVE BRANDON MAYA FROM THE** |
| ) | **SUPERVISION OF PRETRIAL** |
| BRANDON MAYA,  ) | **SERVICES** |
| ) | |
| ) | |
| Defendant.  ) | |
| ) | |

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney Michael Beckwith, counsel for plaintiff, and Carl E. Larson, counsel for Brandon Maya only, that the appearance bond be modified such that he be removed from the supervision of Pretrial Services. This request is being made at the suggestion of Pretrial Services.

   On July 20, 2010, the defendant was released on conditions.  On December 13, 2011 Mr. Maya pled guilty to a misdemeanor violation of 21 USC section 844(a).  He is scheduled to be sentenced on March 7, 2012. During the time that Mr. Maya has been supervised by Pretrial Services, he has done well.  Accordingly, the parties ask that the court grant

1  their request.

2  DATED:   January 11, 2012

3                                              /s/   Carl E. Larson
                                              CARL E. LARSON
4                                              Attorney for Defendant
                                              BRANDON MAYA
5

6

7                                              BENJAMIN B. WAGNER
                                              United States Attorney
8

9                                              /s/ Carl E. Larson for
                                              MICHAEL BECKWITH
10                                             Assistant United States Attorney

11

12                                **ORDER**

13
   IT IS SO ORDERED.
14
   DATED:   January 12, 2012.
15                                             _____
                                              EDMUND F. BRENNAN
16                                             UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

2