BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR S-2:10-0304 KJN |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **TO CONTINUE SENTENCING DATE** |
| | ) |
| BRANDON ANTHONY MAYA, MATTHEW ANTHONY MAYA, and TRAVIS HRONIS, | ) |
| Defendants. | ) |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Assistant United States Attorney, Michael M. Beckwith, defendant Brandon Anthony Maya, through his counsel, Carl E. Larson, Esq., defendant Matthew Anthony Maya, through his counsel, Michael E. Hansen, Esq., and defendant Travis Hronis, through his counsel, David D. Fischer, Esq., hereby submit this stipulation to continue the sentencing date, which is currently set for March 7, 2012, and requests that this Court continue the sentencing date to April 25, 2012.

///

The parties need additional time for preparation.  Therefore, the parties have agreed and respectfully request that the Court set the date of April 25, 2012, for the sentencing in this matter.

                                        Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED: March 1, 2012          By: /s/ Michael M. Beckwith
                                           MICHAEL M. BECKWITH
                                           Assistant U.S. Attorney

DATED: March 1, 2012          By: /s/ Carl E. Larson
                                           CARL E. LARSON
                                           Attorney for Defendant
                                           Brandon Anthony Maya

DATED: March 1, 2012          By: /s/ Michael E. Hansen
                                           MICHAEL E. HANSEN
                                           Attorney for Defendant
                                           Matthew Anthony Maya

DATED: March 1, 2012          By: /s/ David D. Fischer
                                           DAVID D. FISCHER
                                           Attorney for Defendant
                                           Trevor Hronis

---

**ORDER**

For the foregoing reasons, the sentencing hearing in this matter is continued to April 25, 2012.


DATED: March 1, 2012




                                        _____
                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE