Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA 95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
MATTHEW MAYA

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JOHN GROSS, JR., et al.,<br>Defendants. | No. 2:10-CR-00304 MCE<br>**STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michael Beckwith, Assistant United States Attorney, attorney for plaintiff; Carl Larson, attorney for defendant Brandon Maya; Michael Hansen, attorney for defendant Matthew Maya; and David Fischer, attorney for defendant Travis Hronis, that the previously-scheduled judgment and sentencing date of April 25, 2012, be vacated and the matter set for judgment and sentencing on June 6, 2012, at 9:00 a.m.

This continuance is requested to allow the parties additional time to prepare for sentencing.

Dated: April 19, 2012

Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
MATTHEW MAYA

/ / / / /

/ / / / /

Dated: April 19, 2012

/s/ Michael E. Hansen for
CARL LARSON
Attorney for Defendant
BRANDON MAYA

Dated: April 19, 2012

/s/ Michael E. Hansen for
DAVID FISCHER
Attorney for Defendant
TRAVIS HRONIS

Dated: April 19, 2012

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

By: /s/ Michael E. Hansen for
MICHAEL BECKWITH
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED that the previously-scheduled judgment and sentencing date of April 25, 2012, be vacated and the matter set for judgment and sentencing on June 6, 2012, at 9:00 a.m., for the reasons set forth above.

**Date: 4/19/2012**

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE