Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
MATTHEW MAYA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>JOHN GROSS, JR., et al.,<br><br>                    Defendants. | No. 2:10-CR-00304 MCE<br><br>**STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michael Beckwith, Assistant United States Attorney, attorney for plaintiff; Carl Larson, attorney for defendant Brandon Maya; Michael Hansen, attorney for defendant Matthew Maya; and David Fischer, attorney for defendant Travis Hronis, that the previously-scheduled judgment and sentencing date of August 8, 2012, be vacated and the matter set for judgment and sentencing on October 31, 2012, at 9:00 a.m.

This continuance is requested to allow the parties additional time to prepare for sentencing.

Dated:  August 3, 2012                                           Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
MATTHEW MAYA

/ / / / /

/ / / / /

1

**Stipulation and Order to Continue Judgment and Sentencing**

| | |
|---|---|
| Dated:  August 3, 2012 | /s/ Michael E. Hansen for<br>CARL LARSON<br>Attorney for Defendant<br>BRANDON MAYA |
| Dated:  August 3, 2012 | /s/ Michael E. Hansen for<br>DAVID FISCHER<br>Attorney for Defendant<br>TRAVIS HRONIS |
| Dated:  August 3, 2012 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>By:  /s/ Michael E. Hansen for<br>MICHAEL BECKWITH<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

**ORDER**

IT IS HEREBY ORDERED that the previously-scheduled judgment and sentencing date of August 8, 2012, be vacated and the matter set for judgment and sentencing on October 31, 2012, at 9:00 a.m., for the reasons set forth above.

**Date:  8/3/2012**

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2

**Stipulation and Order to Continue Judgment and Sentencing**