```
BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR S-2:10-0304 KJN |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | **TO CONTINUE SENTENCING DATE** |
| BRANDON ANTHONY MAYA, MATTHEW ANTHONY MAYA, and TRAVIS HRONIS, | |
| Defendants. | |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Assistant United States Attorney, Michael M. Beckwith, defendant Brandon Anthony Maya, through his counsel, Carl E. Larson, Esq., defendant Matthew Anthony Maya, through his counsel, Michael E. Hansen, Esq., and defendant Travis Hronis, through his counsel, David D. Fischer, Esq.,  hereby submit this stipulation to continue the sentencing date, which is currently set for October 31, 2012, and requests that this Court continue the sentencing date to January 23, 2013, at 9:00 a.m before Magistrate Judge Kendall J. Newman.

The parties need additional time for preparation. Therefore, the parties have agreed and respectfully request that the Court set the date of January 23, 2013, for the sentencing in this matter.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: October 26, 2012        By: /s/ Michael M. Beckwith
                                   MICHAEL M. BECKWITH
                                   Assistant U.S. Attorney

DATED: October 26, 2012        By: /s/ Carl E. Larson
                                   CARL E. LARSON
                                   Attorney for Defendant
                                   Brandon Anthony Maya

DATED: October 26, 2012        By: /s/ Michael E. Hansen
                                   MICHAEL E. HANSEN
                                   Attorney for Defendant
                                   Matthew Anthony Maya

DATED: October 26, 2012        By: /s/ David D. Fischer
                                   DAVID D. FISCHER
                                   Attorney for Defendant
                                   Trevor Hronis

_____

**ORDER**

For the foregoing reasons, the sentencing hearing in this matter is continued to January 23, 2013, at 9:00 a.m, before Magistrate Judge Kendall J. Newman.

DATED: October 26, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE