Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
MATTHEW MAYA


# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     vs.<br><br>JOHN GROSS, JR., et al.,<br><br>                    Defendants. | No. 2:10-CR-00304 MCE<br><br>**STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |

        IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michael Beckwith, Assistant United States Attorney, attorney for plaintiff; Carl Larson, attorney for defendant Brandon Maya; Michael Hansen, attorney for defendant Matthew Maya; and David Fischer, attorney for defendant Travis Hronis, that the previously-scheduled judgment and sentencing date of January 23, 2013, be vacated and the matter set for judgment and sentencing on March 6, 2013, at 9:00 a.m.

        This continuance is requested to allow the parties additional time to prepare for sentencing.

Dated:  January 14, 2013                    Respectfully submitted,

                                        /s/ Michael E. Hansen
                                        MICHAEL E. HANSEN
                                        Attorney for Defendant
                                        MATTHEW MAYA

/ / / / /

/ / / / /


1

**Stipulation and [Proposed] Order to Continue Judgment and Sentencing**

Dated:  January 14, 2013                    /s/ Michael E. Hansen for
                                            CARL LARSON
                                            Attorney for Defendant
                                            BRANDON MAYA

Dated:  January 14, 2013                    /s/ Michael E. Hansen for
                                            DAVID FISCHER
                                            Attorney for Defendant
                                            TRAVIS HRONIS

Dated:  January 14, 2013                    BENJAMIN B. WAGNER
                                            United States Attorney

                                            By:  /s/ Michael E. Hansen for
                                            MICHAEL BECKWITH
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

## **ORDER**

IT IS HEREBY ORDERED that the previously-scheduled judgment and sentencing date of January 23, 2013, be vacated and the matter set for judgment and sentencing on March 6, 2013, at 9:00 a.m., for the reasons set forth above.

**Date:  1/14/2013**


_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2

**Stipulation and [Proposed] Order to Continue Judgment and Sentencing**