1  Michael E. Hansen
   Attorney at Law, SBN 191737
2  711 Ninth Street, Suite 100
   Sacramento, CA  95814
3  916.438.7711 FAX 916.864.1359

4  Attorney for Defendant
   MATTHEW MAYA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:10-CR-00304 MCE |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |
| vs. | |
| JOHN GROSS, JR., et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michael Beckwith, Assistant United States Attorney, attorney for plaintiff; Carl Larson, attorney for defendant Brandon Maya; Michael Hansen, attorney for defendant Matthew Maya; and David Fischer, attorney for defendant Travis Hronis, that the previously-scheduled judgment and sentencing date of March 6, 2013, be vacated and the matter set for judgment and sentencing on March 20, 2013, at 9:00 a.m.

This continuance is requested to allow the parties additional time to prepare for sentencing.

Dated:  February 22, 2013                Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
MATTHEW MAYA

/ / / / /

/ / / / /

1

**Stipulation and [Proposed] Order to Continue Judgment and Sentencing**

| | |
|---|---|
| Dated: February 22, 2013 | /s/ Michael E. Hansen for<br>CARL LARSON<br>Attorney for Defendant<br>BRANDON MAYA |
| Dated: February 22, 2013 | /s/ Michael E. Hansen for<br>DAVID FISCHER<br>Attorney for Defendant<br>TRAVIS HRONIS |
| Dated: February 22, 2013 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>By: /s/ Michael E. Hansen for<br>MICHAEL BECKWITH<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

**ORDER**

IT IS HEREBY ORDERED that the previously-scheduled judgment and sentencing date of March 6, 2013, be vacated and the matter set for judgment and sentencing on March 20, 2013, at 9:00 a.m., for the reasons set forth above.

**Date: 2/22/2013**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

**Stipulation and [Proposed] Order to Continue Judgment and Sentencing**