```
BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR S-2:10-0304 KJN |
| Plaintiff, | ) AMENDED |
| | ) **STIPULATION AND ORDER** |
| v. | ) **TO CONTINUE SENTENCING DATE** |
| BRANDON ANTHONY MAYA, MATTHEW ANTHONY MAYA, and TRAVIS HRONIS, | ) |
| Defendants. | ) |

   The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Assistant United States Attorney, Michael M. Beckwith, defendant Brandon Anthony Maya, through his counsel, Carl E. Larson, Esq., defendant Matthew Anthony Maya, through his counsel, Michael E. Hansen, Esq., and defendant Travis Hronis, through his counsel, David D. Fischer, Esq., hereby submit this stipulation to continue the sentencing date, which is currently set for March 20, 2013, and requests that this Court continue the sentencing date to April 17, 2013, at 9:00 a.m before Magistrate Judge Kendall J. Newman.

1    The parties need additional time for preparation.  Therefore,
2 the parties have agreed and respectfully request that the Court set
3 the date of April 17, 2013, for the sentencing in this matter.
4
5                                   Respectfully submitted,
6                                   BENJAMIN B. WAGNER
                                    United States Attorney
7
8 DATED: March 4, 2013         By: /s/ Michael M. Beckwith
                                    MICHAEL M. BECKWITH
9                                   Assistant U.S. Attorney
10
   DATED: March 4, 2013         By: /s/ Carl E. Larson
11                                  CARL E. LARSON
                                    Attorney for Defendant
12                                  Brandon Anthony Maya
13 DATED: March 4, 2013         By: /s/ Michael E. Hansen
                                    MICHAEL E. HANSEN
14                                  Attorney for Defendant
                                    Matthew Anthony Maya
15
   DATED: March 4, 2013         By: /s/ David D. Fischer
16                                  DAVID D. FISCHER
                                    Attorney for Defendant
17                                  Trevor Hronis
   _____
18
                                **ORDER**
19
20    For the foregoing reasons, the sentencing hearing in this
21 matter is continued to April 17, 2013, at 9:00 a.m., before
22 Magistrate Judge Kendall J. Newman.  The undersigned is disinclined
23 to grant further continuances absent extraordinary circumstances.
24
25 DATED:  March 4, 2013
26
27                              _____
                                KENDALL J. NEWMAN
28                              UNITED STATES MAGISTRATE JUDGE