Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
MATTHEW MAYA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:10-CR-00304 MCE |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |
| vs. | |
| JOHN GROSS, JR., et al., | |
| Defendants. | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michael Beckwith, Assistant United States Attorney, attorney for plaintiff; Carl Larson, attorney for defendant Brandon Maya; Michael Hansen, attorney for defendant Matthew Maya; and David Fischer, attorney for defendant Travis Hronis, that the previously-scheduled judgment and sentencing date of April 17, 2013, be vacated and the matter set for judgment and sentencing on May 22, 2013, at 9:00 a.m.

   This continuance is requested to allow the parties additional time to prepare for sentencing.  U.S. Probation has not yet made available the final presentence investigation report relative to defendant Matthew Maya.  Accordingly, defense counsel for Matthew Maya has not had an opportunity to file formal objections, nor prepare a sentencing memorandum.  In addition, all parties agree the long delay from the defendants' change of plea hearing to sentencing is a result of other co-defendants yet to resolve their cases before Judge England.  Also, Mr. Hansen is currently engaged in jury trial in Sacramento County Superior Court.

1

**Stipulation and [Proposed] Order to Continue Judgment and Sentencing**

Dated: April 16, 2013					Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
MATTHEW MAYA

Dated: April 16, 2013					/s/ Michael E. Hansen for
CARL LARSON
Attorney for Defendant
BRANDON MAYA

Dated: April 16, 2013					/s/ Michael E. Hansen for
DAVID FISCHER
Attorney for Defendant
TRAVIS HRONIS

Dated: April 16, 2013					BENJAMIN B. WAGNER
United States Attorney

By: /s/ Michael E. Hansen for
MICHAEL BECKWITH
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED that the previously-scheduled judgment and sentencing date of April 17, 2013, be vacated and the matter set for judgment and sentencing on May 22, 2013, at 9:00 a.m., for the reasons set forth above.

**Date: 4/16/2013**

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2

**Stipulation and [Proposed] Order to Continue Judgment and Sentencing**