

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON MAYA,<br><br>Defendant. | Case No. 2:10-cr-00304-KJN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  BRANDON MAYA , Case No. 2:10-cr-00304-KJN  from custody for the following reasons:

    X    Release on Personal Recognizance

    \_\_\_\_    Bail Posted in the Sum of $ _____

    \_\_\_\_    Unsecured Appearance Bond $ _____

    \_\_\_\_    Appearance Bond with 10% Deposit

    \_\_\_\_    Appearance Bond with Surety

    \_\_\_\_    Corporate Surety Bail Bond

    \_\_\_\_    (Other):

Issued at Sacramento, California on December 17, 2014 at  9:30 AM  .

By: _____

Magistrate Judge Kendall J. Newman