BENJAMIN B. WAGNER
United States Attorney
LAURA A. HUGGINS
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

IN THE  UNITED  STATES  DISTRICT  COURT

FOR  THE  EASTERN  DISTRICT  OF  CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 2:10-CR-00304-006-KJN |
| | ) |
|        Plaintiff, | ) ORDER TO APPEAR |
| | ) |
|        v. | ) DATE:  May 6, 2015 |
| | ) TIME:  9:00 a.m. |
| BRANDON A. MAYA, | ) JUDGE: Hon. Kendall J. Newman |
| | ) |
|        Defendant. | ) |
| | ) |
| | ) |
|_____| ) |

It is hereby ordered that the defendant in the above-
captioned matter shall appear before this Court on May 6, 2015, at
9:00 a.m. to show cause why his court probation granted on January 28,
2015, should not be revoked.  It is further ordered that the Clerk of
the Court shall issue a summons to the above-named defendant
forthwith.

IT IS SO ORDERED.

Dated:  April 15, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ORDER TO APPEAR