CARL E. LARSON, Bar #48162
Attorney at Law
9490 Golden Gate Avenue
Orangevale, CA 95662
Telephone: (916) 989-9226
carldeelarson@aol.com

Attorney for Defendant
BRANDON MAYA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  2:10-CR-0304-KJN |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| | ) INITIAL APPEARANCE ON THE |
| v. | ) PROBATION VIOLATION |
| BRANDON MAYA, | ) Date: May 20, 2015 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Kendall J. Newman |

It is hereby stipulated and agreed to between the United States of America through Laura Huggins, Special Assistant U.S. Attorney, and defendant Brandon Maya, by and through his attorney, Carl E. Larson, that the initial appearance of May 6, 2015 be continued to May 20, 2015 at 9:00 a.m.

This continuance is being requested by defense counsel due to an illness and presumes to be fine by the new scheduled date.

Dated:  May 5, 2015

                                            Respectively submitted,

                                            */s/* CARL E. LARSON
                                            Attorney for Defendant
                                            BRANDON MAYA

Dated:  May 5, 2015                             Respectfully submitted,

                                                BENJAMIN B. WAGNER
                                                United States Attorney


                                                /s/ Carl E. Larson for
                                                LAURA HUGGINS
                                                Special Assistant United States Attorney


   IT IS SO ORDERED, that the initial appearance in the above-entitled matter, scheduled for May 6, 2015, be vacated and the matter continued to May 20, 2015, at 9:00 a.m., for the initial appearance on the probation violation.

Dated:  May 5, 2015

                                                _____
                                                KENDALL J. NEWMAN
                                                UNITED STATES MAGISTRATE JUDGE