1  DENNIS S. WAKS
   Attorney at Law # 142581
2  455 Capitol Mall, Suite 802
   Sacramento CA 95814
3  916-498-9871

4  Attorney for Defendant
   MATTHEW MAYA
5

6           **UNITED STATES DISTRICT COURT**

7         **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9  UNITED STATES OF AMERICA,          Case No.: 12:10-CR-00304-006-KJN

10                   Plaintiff,        **STIPULATION AND**
                                       **ORDER TO CONTINUE**
11       vs.                           **PROBATION REVOCATION**
                                       **HEARING**
12  BRANDON A. MAYA
                                       DATE: June 24, 2015
13                   Defendant.        TIME: 9:00 AM
                                       JUDGE: KENDALL J. NEWMAN
14

15

16       IT IS HEREBY STIPULATED by and between the parties hereto through their

17  respective counsel, LAURA A. HUHHINS, Special Assistant United States Attorney,

18  attorney for plaintiff and DENNIS S. WAKS, attorney for defendant Brandon Maya,

19  that the previously scheduled Probation Revocation Hearing date of June 10, 2015, be vacated

20  and the matter be set for Revocation Hearing on June 24, 2015, at 9:00 a.m.

21

22       This continuance is requested to allow the parties additional time to prepare for

23  the Probation Revocation Hearing.

24

25  Dated:  June 4, 2015                        Respectfully submitted,

26                                              /s/ Dennis S. Waks

27                                              DENNIS S. WAKS
                                                Attorney for Defendant
28                                              BRANDON A. MAYA

                                    - 1 -

Dated: June 4, 2015            BENJAMIN B. WAGNER
                                          United States Attorney

                                          By: /s/ Dennis S. Waks for

                                          LAURA A. HUGGINS
                                          Special Assistant U.S. Attorney
                                          Attorney for Plaintiff

## **ORDER**

IT IS HEREBY ORDERED that the previously-scheduled Probation Revocation Hearing date of June 10, 2015, be vacated and the matter be set for a Probation Revocation Hearing on June 24, 2015, at 9:00 a.m., for the reasons set forth above.

Dated: June 5, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE